■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY GAYLE, Appellant. [759 NYS2d 693] —Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered May 23, 2002, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Smith, Luciano and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN J. HATZFELD, Appellant. [759 NYS2d 894] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 30, 1997 (*People v Hatzfeld,* 240 AD2d 758 [1997]), affirming a judgment of the County Court, Suffolk County, rendered November 16, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Ritter, J.P., Florio, Friedmann and Mastro, JJ., concur.